UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 1:15-cr-00035-JMS-MG |
| CHRISTOPHER WALBERT (01), | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mario Garcia's Report and Recommendation dkt [62] recommending that Christopher Walbert's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Garcia's Report and Recommendation dkt [62]. The Court finds that Mr. Walbert committed Violation Numbers 1, 2, 3, 4, & 5 as alleged by the U.S. Probation Office in its *Petitions for Warrant or Summons for Offender under Supervision* dkts. [36, 49, 55]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Walbert is sentenced to the custody of the Attorney General or his designee for a period of eighteen (18) months and with no supervised release to follow. The Court recommends placement close to Indianapolis, but not within the Terre Haute Federal Correctional Complex, that offers substance abuse treatment.

Date: 2/11/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system